UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDY ALEXANDER ORDONEZ (A# 249 497-112),

Petitioner,

v.

TONYA ANDREWS,

Respondent.

No. 1:26-cv-05413 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are adopted in full.

2. Petitioner's § 2241 petition for writ of habeas corpus (ECF No. 1) is GRANTED as follows:

   a. Respondent is ordered to immediately release Petitioner Andy Alexander Ordonez (A# 249-497-112) from their custody. Respondent shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing; and

   b. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to § 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

3. This order does not address the circumstances in which Respondent may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.

4. Respondents shall file a status report within five (5) days confirming Petitioner's release.

5. Petitioner's TRO motion (ECF No. 3) and motion to appoint counsel (ECF No. 4) are DENIED as moot.

6. The Clerk of the Court is directed to serve Golden State Annex with a copy of this Order.

////

////

////

7. The Clerk of the Court is further directed to enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE